**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DESHAWN DAWSON, on behalf of himself and
all others similarly situated,
                                                  ,
                          Plaintiff(s)

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

-against-

19 **CV** 00521     **(** LGS **)**

KEITH DE LELLIS GALLERY, LLC
                                                  ,
                        Defendant(s).

-------------------------------------------------------------X

        DESHAWN DAWSON hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to 28 U.S.C. 1331 and 42 U.S.C. 12181.

3. The time for defendant(s), KEITH DE LELLIS GALLERY, LLC, to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), KEITH DE LELLIS GALLERY, LLC, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) KEITH DE LELLIS GALLERY, LLC to answer or otherwise move has not been extended.

5. That defendant(s) KEITH DE LELLIS GALLERY, LLC is not an infant or incompetent. Defendant(s) KEITH DE LELLIS GALLERY, LLC is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff  DESHAWN DAWSON  requests that the default of defendant(s)  KEITH DE LELLIS GALLERY, LLC  be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated:  April 2, 2019                                                                By: _____

                                                            Joseph H. Mizrahi, Esq.
                                                            Cohen & Mizrahi LLP
                                                            Joseph@cml.legal
                                                            300 Cadman Plaza West, 12th Fl.
                                                            Brooklyn, New York 11201
                                                            Tel: (929) 575-4175
                                                            Fax: (929) 575-4195