**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

DESHAWN DAWSON, on behalf of himself and
all others similarly situated,                                          1:19-cv-00521-LGS

                                        Plaintiff,


  -against-                                                      **STATEMENT OF DAMAGES**



KEITH DE LELLIS GALLERY, LLC,

                                        Defendant,

_____



**Compensatory Damages,** pursuant to New York State Human Rights Laws ("NYSHRL");
 New York City Human Rights Laws ("N.Y.C.H.L")…………………………$1,000.00


**Costs and Disbursements**

        Clerk's Fee …………………………………………………………...$400.00
        Process Server fee for service …………………………………...…$66.50
        Attorney Fees ………………………………………………………….TBD
        42 U.S.C. § 12205; N.Y.C. Admin. Code 8-502(f)

        Total …………………………………………………………………...TBD

        <u>**AFFIXED AS EXHIBITS**</u>

        1. Memorandum in Support
        2. Fee Petition




.