UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DESHAWN DAWSON, on behalf of himself and all others similarly situated,

                    Plaintiff,                    1:19-cv-00521-LGS

  -against-                             PETITION FOR THE AWARD OF COSTS AND FEES RELATED TO THE ACTION

KEITH DE LELLIS GALLERY, LLC,

                    Defendant,

---

      PLEASE TAKE NOTICE that, on June 10, 2019, or such other date set by the Court, Plaintiff will move this Court, based on the declaration of Joseph H. Mizrahi, Esq., and all documents attached thereto, Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Attorneys' Fees, Costs, pursuant to the Americans with Disabilities Act ("A.D.A.") and the New York City Human Rights Law ("N.Y.C.H.R.L."), 42 U.S.C. § 12205; N.Y.C. Admin. Code § 8-502(f), as the Defendant has failed to enter an appearance or otherwise meaningfully respond, and for such other and further relief as this Honorable Court may deem just and proper.

Dated:    April 10, 2019

                                                  Respectfully Submitted,

                                                  /s/ Joseph H. Mizrahi
                                                  Joseph H. Mizrahi, Esq.
                                                  Cohen & Mizrahi LLP
                                                  300 Cadman Plaza West 12th Floor
                                                  Brooklyn, N.Y. 11201
                                                  Attorney for Plaintiff